UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VESTER L. PATTERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF JUSTICE, et al.,<br><br>        Defendants. | Case No. 25-cv-02833-RFL<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 2 |

      Vester Patterson, a state prisoner, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. His claims arise from the conduct of criminal proceedings in Los Angeles County Superior Court and administrative actions taken in conjunction with his criminal trial. He contends that the assigned superior court judge failed to make a finding of guilt at his plea hearing, thus he was never convicted and should be released from custody. Patterson filed a previous civil rights case in this Court with the same allegations. *See Patterson v. Superior Court of Los Angeles County*, Case No. 24-cv-1425 RFL. That case was transferred to the Central District of California because that is where he was convicted and a substantial part of the events or omissions giving rise to his claims occurred there.[1]

      This case is DISMISSED as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007) (a district court has discretion to control its own docket, and that includes the power to dismiss duplicative actions), *overruled on other grounds*, *Taylor v. Sturgell*, 553 U.S. 880, 904 (2008) The pending motion to proceed *in forma pauperis* (Dkt. Nos.

---

[1] Plaintiff previously filed a habeas petition in this Court regarding this same issue that was also transferred to the Central District. *See Patterson v. Andes*, Case No. 24-cv-1292 EJD. He also recently filed a new habeas petition in this Court about the same conviction. *See Patterson v. Andes*, Case No. 25-cv-2819 EJD.

1

2) is VACATED and no fee is due.  The Clerk shall close this case.

    **IT IS SO ORDERED.**

Dated: March 31, 2025

                                              RITA F. LIN
                                              United States District Judge